■ PEOPLE v JONATHAN JONES, Defendant.—Motion to extend time to take appeal dismissed as untimely. Memorandum: The motion is untimely (see, CPL 460.30 [1]). Present—Callahan, J. P., Doerr, Boomer, Lawton and Davis, JJ.

■ PEOPLE v EDWARD AREND, Defendant.—Motion to extend time to take appeal granted. Memorandum: The failure to comply with 22 NYCRR 1022.11 (a) constitutes improper conduct of defense counsel. Present—Callahan, J. P., Doerr, Boomer, Lawton and Davis, JJ.

■ PEOPLE v JAMES WEAREN, III, Defendant.—Motion to extend time to take appeal granted. Memorandum: The failure of defense counsel to comply with 22 NYCRR 1022.11 (a) constitutes "improper conduct" within the meaning of CPL 460.30. Present—Callahan, J. P., Doerr, Boomer, Lawton and Davis, JJ.

■ PEOPLE v JAMES W. CROSSLEY, Defendant.—Motion to extend time to take appeal denied. Memorandum: In moving for permission to file and serve a late notice of appeal (see, CPL 460.30), defendant alleges that the failure to file the notice timely was due to improper conduct of his trial counsel, who failed to file a notice of appeal on his behalf. Defense counsel has provided us with a copy of a written form complying with 22 NYCRR 1022.11 (a), which he gave to defendant immediately after sentencing, advising defendant of his right to appeal. On the copy of the form signed by defendant, defendant indicated that he did not wish to take an appeal. This documentary evidence refutes defendant's allegation of improper conduct of defense counsel. Present—Callahan, J. P., Doerr, Boomer, Lawton and Davis, JJ.

■ PEOPLE, Respondent, v MARK TOPORCZYK, Appellant.—Motion to extend stay of execution of judgment of conviction granted upon condition that appellant's briefs are filed and served on or before August 26, 1991. Memorandum: It is not the practice of this Court to hold appeals from a judgment of conviction awaiting the outcome of a CPL article 440 motion. The appeal, therefore, must be perfected on or before August 26, 1991, or the stay will expire. Present—Callahan, J. P., Doerr, Boomer, Lawton and Davis, JJ. (Order entered July 2, 1991.)